CASE

FILED
CLERK, U.S. DISTRICT COURT

NOV 2 6 2018

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2   Tara McCluskey El   In Propria Persona
    Email: greatest26@live.com
3   325 N. Maple Drive #2536
    Beverly Hills Territory, California Republic [90213]
4   In Propria Persona, Sui Juris, Sui Heredes,
    Jus Soli, Jus Sanguinis, Jus Recuperandi
5   Plaintiff In Propria Persona, Moorish American National
    Status: White Woman, All Rights Reserved
6   UCC 1-308 UCC 1-103

7

8                  **UNITED STATES DISTRICT COURT**

9       **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10                  LA CV18 09884-SSU-MARx

11  Tara McCluskey El, a Noble, National and    )  Case No.
                                                 )
12  on behalf of the Plaintiffs Estate TARA      )  **COMPLAINT FOR DAMAGES/**
                                                 )  **REDRESS AND RESTITUTION FOR:**
13  MCCLUSKEY, TARA MCCLUSKEY EL                  )
                                                 )  1) DEPRIVATION OF RIGHTS
14                 Plaintiff,                     )     UNDER COLOR OF LAW IN
                                                 )     VIOLATION OF TITLE 18 U.S.
15         vs.                                    )     CODE§242; AND
                                                 )  2) CONSPIRACY TO VIOLATE
16  James G. Perry, an individual; Daniel        )     TITLE 18 U.S. CODE §242; AND
                                                 )  3) KIDNAPPING IN VIOLATION OF
17  Lopez an individual, Jackie Lacey, an        )     18 U.S.CODE §1961
                                                 )     RACKETEERING
18  individual, The Los Angeles District         )  4) HUMAN TRAFFICKING IN
                                                 )     VIOLATION OF 18 U.S. CODE
19  Attorney, a California Corporation, Office    )     §1582-VESSELS FOR SLAVE
                                                 )     TRADE; AND
20  of The Attorney General, A California         )  5) SLAVERY IN VIOLATION OF 18
                                                 )     U.S.CODE §1581 PEONAGE;
21  Corporation, Loretta Lynch, an individual,   )     OBSTRUCTING ENFORCEMENT;
                                                 )     AND
22  Attorney General United States               )  6) ENTICEMENT INTO SLAVERY
                                                 )     IN VIOLATION OF 18 U.S. CODE
23  Department of the White House, a France       )     §1583; AND
                                                 )  7) GENOCIDE IN VIOLATION OF
24  Corporation and DOES 1-10, inclusive,        )     U.S.CODE §1091
                                                 )  8) LIABILITY OF UNITED STATES
25                 Defendant(s)                   )     28 U.S.CODE § 2674,
                                                 )     ADMINISTRATIVE
26                                               )     ADJUSTMENT OF CLAIMS 28
                                                    U.S.C. § 2672
27                                               **DEMAND FOR MONETARY**
                                                 **SETTLEMENT OR JURY TRIAL**

28  _____

CASE 2:17-CV-00426-R-PLAx

Plaintiff Tara McCluskey El allege against defendants James G. Perry ("Perry") Daniel Lopez ("Lopez") Jackie Lacey ("Lacey") The Los Angeles District Attorney ("Los Angeles District Attorney") Office of The Attorney General State of California ("The Attorney General") Office of the Attorney General of the United States ("The Attorney General")  and DOES 1-50 inclusive, collectively, "Defendants" as follows:

## INTRODUCTION

1.      This case is about lack of jurisdiction and Human Rights Violations under operations of Color of Law being done by Defendant's acting on behalf of The State of California and the United States and the conspiracy to silence Tara McCluskey El, a Noble, right to due process by Defendants. Defendants had **no jurisdiction** to bring action against Tara McCluskey El, A Noble "Plaintiff" in the first place and are in violation of the Treaty of Peace and Friendship and The Constitution for the United States and several other violations.

2.      This case is about the Defendants criminal Act of falsely prosecuting the Tara McCluskey El, A Noble "Plaintiff" under Christian Black Codes, a code system set up to perpetually keep Indigenous, Aboriginal Americans and those calling themselves "African American & "Black" through systematic indoctrination from birth in perpetual slavery, compulsion, force and conquest and plunder, Christian Constantine black codes doctrine.

3.      Plaintiff is a White Woman, Moor American National who accepts her inheritance, Indigenous and Original to America, Africa and the Earth whose very successful and promising career was interrupted and cut off by Defendants violation and conspiracy to commit paper genocide in order to trespass on Plaintiffs Estate and obstruct justice. Defendant's criminal activity was to prevent Plaintiff from suing Defendant's for their criminal actions through use of extortion by threatening her with a 7 year jail/prison sentence in order to get Tara McCluskey El, "A Noble" to take Defendants plea bargain on a claim that had already been settled (with the Defendant's knowledge of that settlement) with the party (ENTERPRISE HOLDINGS, ENTERPRISE RENT A CAR)

CASE 2:17-CV-00426-R-PLAx

whom the Defendant's claimed they were prosecuting Plaintiff on behalf. The parties in which the Plaintiff settled will be sued in a separate action for their part in the criminal activity and collusion against Plaintiff is they were mentioned in the initial action dated on January 17, 2017 and filed January 18, 2017.

4.     Plaintiff brings this action on behalf of Plaintiff Tara McCluskey El and Plaintiff's Estate TARA MCCLUSKEY for the intentional violation of trespass on Plaintiffs Estate.

5.     This case is about human trafficking, slavery, peonage, wrongful prosecution, obstruction of justice, mail fraud, retaliating against a victim, kidnapping, Deprivation of Rights under Color of Law

6.     Daniel Lopez "Defendant" told Plaintiff in the tribunal court room he had no intention of dismissing the case against her no matter how many times she asked him. He also told Plaintiff she better not bring the motion up again that he had denied. REFER TO EXHIBIT K

7.     Pomona Supreme Court has approximately a 98% conviction rate due to forcing people into plea bargains through threat, duress and coercion obstructing due process. THE STATE OF CALIFORNIA cannot sue a natural person, nor a Moor as there is diversity of citizenship and a Treaty of Peace and Frienship .

8.     Plaintiff, THROUGH THREAT, DURESS AND COERCION, was forced into a plea bargain because the Prosecution and parties involved feared a lawsuit.

9.     On the date of Plaintiffs trial, she was kidnapped, falsely and maliciously arrested and locked up by the criminal actions of the Defendant's to prevent the trial, a violation of due process, human trafficking, wrongful prosecution, threat duress and coercion, retaliating against a victim, kidnapping, etc.

**PARTIES**

**A.**     **Plaintiff**

CASE 2:17-CV-00426-R-PLAx

10.  Plaintiff is Tara McCluskey El whom is a White Indigenous, Moor, Original American National, African, Inhabitants of the whole earth, whose principal domicile is in Los Angeles County, California Republic.

**B.  Defendant's**

11.  James G. Perry, an "acting" officer of the De facto Los Angeles County Prosecutors office.

12.  Daniel Lopez, an "acting" magistrate of the De facto Pomona Superior Court

13.  Jackie Lacey, Los Angeles County "acting" District Attorney

14.  Office of the Attorney General "a California Corporation"

15.  Loretta Lynch, an "acting" Attorney General of the United States Department of the White House

16.  The United States, a De facto "original France Corporation" with several shell Corporations

17.  Plaintiff reserves the right to add information, exhibits, and Defendants to this claim as Plaintiff sees fit and Plaintiff becomes aware of new information. Plaintiff is informed and believe, and on that basis allege, that DOES 1 through 50, inclusive, are individually and/or jointly liable to Plaintiff for the wrongs alleged herein. The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants DOES 1 through 50, inclusive, are unknown to Plaintiff at this time. Accordingly, Plaintiff sue Defendants DOES 1 through 50, inclusive, by fictitious names and will amend this Complaint to allege their true names, estates, assigns and heirs and capacities after they are ascertained.

### Jurisdiction and Venue

18.  Plaintiff is a White woman, Moor American National and therefore protected by **Article 3 Section 2. (in its entirety) of The United States Constitution which states** : The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;---to  all Cases affecting Ambassadors, other public

CASE 2:17-CV-00426-R-PLAx

1  Ministers and Consuls;  to all Cases of admiralty and maritime jurisdiction; to

2  Controversies to which the United State shall be a Party;  to Controversies between two

3  or more States; [between a State and a Citizens of another State;] between Citizens of

4  different States,  between Citizens of the same State claiming Lands under the Grants of

5  different States [and between a State, or the Citizens thereof;  and foreign States, Citizens

6  or Subjects.]

7      19.   **There is no protection of the Defendant's under the Supremacy Clause**

8  in this action as all protections were removed and voided by the Apostolic Letter Issued

9  Motu Proprio of The Supreme Pontiff Francis on the Jurisdiction of Judicial Authorities

10  of Vatican City State in Criminal Matters Given in Rome, at the Apostolic Palace, on 11

11  July 2013, 7/11/2013.

12      20.   This case is brought under Federal Statutes, Title 28 U.S. Code § sections

13  2672- Administrative adjustment of claims, 28 U.S. Code § 2674 - Liability of United

14  States,

15      21.   Violation of  The Treaty of Peace and Friendship, Violation of the Bill of

16  Rights, Violation of The United States of American Constitution **Article 4 Section 4:** a

17  guaranteed Republican form of Government, Violation of:

18  **Article 6 of the United States of America Constitution:**

19      22.   All Debts contracted and Engagements entered into, before the Adoption of

20  this Constitution, shall be as valid against the United States under this Constitution, as

21  under the Confederation. This Constitution, and the Laws of the United States which

22  shall be made in Pursuance thereof; **and all Treaties made, or which shall be made,**

23  **under the Authority of the United States, shall be the supreme Law of the Land;**

24  **and the Judges in every State shall be bound thereby, any Thing in the Constitution**

25  **or Laws of any State to the Contrary notwithstanding.**

26  The Senators and Representatives before mentioned, and the Members of the several

27  State Legislatures, and all executive and judicial Officers, both of the United States and

28  of the several States, **shall be bound by Oath or Affirmation, to support this**

CASE 2:17-CV-00426-R-PLAx

**Constitution;** but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

23.    The first clause of the Article provides that debts contracted prior to the adoption of the Constitution remain valid, as they were under the Articles of Confederation, 18 U.S. Code §24- Deprivation of rights under color of law,

## FACTS

24.    A.    Defendants never had Jurisdiction to detain, kidnap, prosecute, or accost Plaintiffs (being a Moorish American) Estate or body as Plaintiff is protected by Article III Section 2. of the United States Constitution, there was diversity of Citizenship. Defendants did not have Personum jurisdiction, subject matter Jurisdiction, or Territorial Jurisdiction. Plaintiff never waived her rights giving permission for Plaintiff to be arrested against her will. Plaintiff did not consent to these fraudulent charges or prosecution. Plaintiff brought up Personum jurisdiction on the day she was kidnapped for not stepping behind the bar as she challenged jurisdiction at that time **REFER TO EXHIBIT** K, Plaintiff also challenged jurisdiction on 8/21/2014 by asking all in the courtroom  if they had jurisdiction over her body to detain her and there was complete silence by all parties, not one individual answered (this happened after they cleared the courtroom of all witnesses before calling her from the holding cell in which Defendants kidnapped and held Plaintiff.) **REFER TO EXHIBIT** K

B.    **Violation of Due Process through operations of Color of Law**

25.    James G. Perry, Daniel Lopez, Jackie Lacey, Loretta Lynch, are all acting in their individual capacities on behalf of the State of California and United States. Both the State of California and the United States have a history of using Color of Law and Peonage as a form of slavery to obtain revenue and free labor and peonage from so called "Black" and African American, (colored people.) **REFER TO EXHIBIT** C

C.    **The Extreme Detainment and arrest of "Black" people is Fraud**

26.    Prisoner profiteering through racketeering is an ongoing criminal practice at the State of California level as well as at the federal United States level by way of the

CASE 2:17-CV-00426-R-PLAx

Color of Law operations and the use of The Christian Black Codes where the Practice of arresting so called "black" people "for basically breathing" and getting them to sign a faretta waiver to waive their rights to be willing sold into slavery unbeknownst them. This is a violation of Rico Act 18 U.S.C. § 1961. and a violation of U.S. Code §1583 ENTICEMENT INTO SLAVERY

27.    Defendant's did fraudulently and maliciously prosecute the Plaintiff "knowing she had previously settled  with "ENTERPRISE HOLDINGS, ENTERPRISE RENT A CAR, etc," in order to avoid Plaintiff filing a lawsuit against Defendant's as Plaintiff never signed a faretta waiver to waive her rights and should have never been locked up against her will as Plaintiff did not volunteer to go to jail. REFER TO EXHIBIT   G   Enterprise emails and settlements *previous filed Complaint January 18, 2017*

28.    Plaintiff was kidnapped and locked up in jail for roughly 30 days in inhumane conditions because the Defendants were hoping to severely traumatize Plaintiff and break her will and spirit in order to get her to accept a plea bargain which Plaintiff refused to do because she wanted to go to trial as she knew the criminal activities of the Defendants was and is fraud and malicious. Plaintiff was also still in custody though out this entire process although not in the confinement of a jail cell, still confined and in involuntary servitude and invisible cell in her life for an additional period of about 6 months as Tara McCluskey, A Noble "Plaintiff" was still listed as property and in fear of being remanded to custody and had restricted rights so Plaintiff was still in involuntary servitude until this case was dismissed over 6 months later in 2016 by Plaintiffs Demand. REFER TO EXHIBIT   I

29.    **"racketeering activity"** means (A) any act or threat involving murder, **kidnapping**, gambling, arson, **robbery**, bribery, **extortion**, dealing in obscene matter, or dealing in a controlled substance or listed chemical (as defined in section 102 of the Controlled Substances Act), **which is chargeable under State law and punishable by imprisonment for more than one year.**

CASE 2:17-CV-00426-R-PLAx

30.    **D.    <u>All Violations Committed by Defendant's are in Violation and Punishable Under State Law and therefore in Violation of 28 U.S. Code §2672- Administrative Adjustment of Claims, 28 U.S. Code §2674 Liability of United States.</u>**

31.    **An APOSTOLIC LETTER ISSUED MOTU PROPRIO of The Supreme Pontiff FRANCIS was issued on July 11, 2013 "7/11/2013" on the jurisdiction of judicial Authorities of Vatican City State In Criminal matters**, which this action coincides. The Motu Proprio was entered into force on September 01, 2013 which states:

32.        3. For the purposes of Vatican criminal law, **<u>the following persons are deemed "public officials":</u>**

a) members, officials and personnel of the various organs of the Roman Curia and of the Institutions connected to it.

b) papal legates and diplomatic personnel of the Holy See.

c) those persons who serve as representatives, managers or directors, as well as persons who **even de facto** manage or exercise control over the entities directly dependent on the Holy See and listed in the registry of canonical juridical persons kept by the Governorate of Vatican City State;

d) any other person holding an administrative or judicial mandate in the Holy See, permanent or temporary, paid or unpaid, irrespective of that person's seniority.

4. The jurisdiction referred to in paragraph 1 comprises also the administrative liability of Juridical persons arising from crimes, as regulated by Vatican City State laws.

33.        All protections and claims of Supremacy Clause has been removed from The Defendant's and the United States is liable for their criminal activities, therefore;

**Violation of 28 U.S. Code §2672- Administrative Adjustment of Claims, 28 U.S. Code §2674 Liability of United States applies to this Federal Tort Claim REFER TO EXHIBIT   B**

CASE 2:17-CV-00426-R-PLAx

## FIRST CAUSE OF ACTION:  VIOLATING 18 U.S. CODE § 242

## DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

## (18 U.S.CODE§ 242)

**Tara McCluskey El victimized by malicious and fraudulent retaliatory prosecution**

A.     **Section 242**

34. Plaintiff refused to sign a faretta waiver at the de facto Pomona tribunal court house because Plaintiff did not wish to waiver her rights or volunteer for slavery.

35. Section 242 states; Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, ... shall be fined under this title or imprisoned not more than one year, or both.

Section 242 also states:

36. if such acts include kidnaping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death

37.  **Plaintiff was kidnapped, arrested and held against her will by Defendants** acting **as collective party inclusive of Individual named parties and The State of California.  EXHIBIT**

## SECOND CAUSE OF ACTION: CONSPIRACY TO VIOLATE 18 U.S. CODE §242

A.     **Section242**

38.     Defendants were well aware that Plaintiff had settled the Claim with the parties in which Defendants initiated the action against Plaintiff. James G. Perry and Daniel Lopez had in their possession given to them by the Plaintiff proof that she had settled the matter on June 08, 2015 with Transworld Systems Inc. on behalf of ENTERPRISE RENT A CAR-SCD and all of its affiliates for $638.00 frn's.

CASE 2:17-CV-00426-R-PLAx

39.    On the day Plaintiff was scheduled to meet with the defacto court appointed public defender after Ira removed himself from the case and said Plaintiff needed a trial lawyer; Plaintiff gave to Pamela Cash Curry all proof that the matter had been settled matching up account numbers so there could be no confusion and proof that James G. Perry had used fraud to kidnap and lock her up. **SEE EXHIBIT**

40.    As Plaintiff had never voluntarily signed a faretta waiver waiving Plaintiffs rights or volunteered to go to jail for peonage and forced labor, human trafficking or involuntary servitude, Defendants plotted a scheme  in which they could through threat, duress and coercion force Plaintiff into waiving her rights by accepting a plea bargain after Plaintiff was kidnapped and held for ransom by actions of the Defendants June 09, 2015, the date in which Plaintiff was scheduled to have a trial to clear her name and put before a jury the perpetrated fraud that had been instituted against Plaintiff. REFER TO EXHIBIT G

## THIRD CAUSE OF ACTION: KIDNAPPING IN VIOLATION
## (18 U.S. CODE §1961) RACKETEERING

41.    Refer to Actions 1-2, and actions 4-8 of this Complaint and Demand for Immediate Settlement.

## FOURTH CAUSE OF ACTION: HUMAN TRAFFICKING IN VIOLATION of
## Treaty of Peace and Friendship
## In Violation of (18 U.S. CODE §1582) VESSELS FOR SLAVE TRADE

42.    On August 14, 2014 (8/14/14) Douglas Sortino, (de facto presiding magistrate) acting as an attorney from the bench entered a plea of not guilty against the will of Tara McCluskey El, A Noble Moor "Plaintiff" because she refused to enter a plea and the court could not move and was at a standstill. (He later recused himself from the case.) A public defender was also forced upon her. Plaintiff up until that point was being held in a cell waiting to be seen by the magistrate and asked to sign a faretta waiver in which she refused as she did not need to and did not consent or wish to waive her rights. EXHIBIT

CASE 2:17-CV-00426-R-PLAx

43.     When the acting baliff came to get Plaintiff from the cell in which she was being held against her will, he threatened to arrest her mother if they looked at each other in order to intimidate through threat, duress and coercion the Plaintiff into signing the faretta waiver. Upon entry into the colorable court, Plaintiff told the Douglas Sortino "acting magistrate", Adewale A. Oduye "the acting district attorney" and Janice Weamer "the clerk" what the acting baliff had said as he had threatened her mother and that she wanted it on the record what had just occurred and also wanted the acting baliffs bond number. EXHIBIT

44.     Adewale A. Oduye "the acting public defender" tripped over his briefcase as he was so startled and all of the present defacto court actors started laughing. Adewale A. Oduye also told Douglas Sortino, "the acting magistrate" that he did not have a file on the Plaintiff and Douglas Sortino "the acting magistrate" asked him if he needed some time to make a copy of his file in which "Oduye" did. Douglas Sortino "the acting magistrate" then asked  the de facto baliff if he needed some time and he said yes. The defacto baliff then kidnapped the Plaintiff and took her back to the cell in order to reset the case and remove their fraudulent actions from the record. REFER TO EXHIBIT

45.     When the Plaintiff was later brought back in a man came over and started yelling at her asking where the subject matter of the case was located (as there was no evidence to even bring the action) he was so brutal, the Plaintiff thought he was the acting prosecutor, he turned out to be the public defender the acting defendants were trying to force and inveigle on the Plaintiff as the defendants were trying to get the Plaintiff to incriminate herself. He then walked over to Adewale A. Oduye "the acting district attorney" and started trying to enter into agreements on the Plaintiff's behalf in which Plaintiff immediately put an end to by asserting and demanding that he had no authority to speak for her and who did he think he was.

46.     Plaintiff then turned to Douglas Sortino "the de facto acting magistrate" and asked him who that man thought that he was. Douglas Sortino then asked the Plaintiff did she wish to waive time and she said no, I do not wish to waive time. "Sortino" then said

CASE 2:17-CV-00426-R-PLAx

1   not waiving time was for people who are locked up but since she was being compelled to

2   come back, waiving time would be better for Plaintiff to gather a defense. Plaintiff

3   affirmed that she did not wish to waive time or her rights.

4       47.    Page No. 2 of minute order dated 02/17/15 of case# 4PK00368 third

5   sentence from the top states, (Defendant has 5 actual days jail credit) as evidence that

6   Plaintiff was held prior to this kidnapping for something she did not consent to or

7   volunteer for servitude which is why there was no file for Adewale A. Oduye "the acting

8   de facto district attorney" to proceed and he had to inveigle and create one.

9       48.    This is also proof that the file for the claim which James G. Perry "the

10  acting district attorney" used **(that was barred)** to have Plaintiff arrested on the date she

11  was scheduled to go to trail was fraudulent as Plaintiff was reporting James G. Perry and

12  the other actors to the State Bar. The prior case with 5 days jail credit had been dropped

13  which "Perry" used to falsely prosecute Plaintiff.  EXHIBIT F

14      49.    As Plaintiff was sitting waiting to have her trial, James G. Perry had had the

15  first case **4PK00368** dropped which had already been **settled** and refiled a new case

16  **KA109902 and attached a slave bond no. SV504642864 with a surety company,**

17  **Seaview Ins Company bail of $35,000 and felony counts on June 09, 2015. James G.**

18  **Perry then fraudulently had the minute orders changed to say that this happened at**

19  **8:30am as it did not, at 8:30am I was in the de facto court** [James G. Perry was there

20  as the prosecutor trying to prosecute me, he was not somewhere dropping the case, he

21  dropped the case because he thought I would be let go and feared prosecution] **of Daniel**

22  **Lopez for 4PK109902 and "Lopez" had scheduled me to come back at 1:30pm to see**

23  **a female judge which was still under 4PK00368.** James G. Perry then had her

24  kidnapped and detained while she was waiting to see the female defacto magistrate

25  Daniel Lopez had scheduled her to see at 1:30pm by armed bounty hunters  brought over

26  to another de facto court and arrested. There was a good Samaritan an officer of the

27  defacto court who saw what was being done and went and reported James G. Perry to Ira

28  Thwatcher who at that moment tried to intervene and help which led to no avail as

CASE 2:17-CV-00426-R-PLAx

Plaintiff had been through threat duress and coercion getting an acting public defender to help her due to the unlawful, malicious, fraudulent terroristic, genocidal actions of James G. Perry. **Refer to Exhibit** $\underline{\underline{I}}$

## FIFTH CAUSE OF ACTION: SLAVERY IN VIOLATION
## (18 U.S. CODE §1581) PEONAGE; OBSTRUCTING ENFORCEMENT

50.    On July 16, 2015, Plaintiff was forced through threat duress and coercion, compulsion, force and conquest to serve 30 (thirty) days of tree farm slavery in order to reduce the fraudulent charges against defendant to a misdemeanor from a felony with 1 year summary probation.

Plaintiff was forcibly put into slavery by forcing her to Tree Farm as punishment for exerting her rights against a false malicious prosecution. REFER TO EXHIBIT $\underline{\underline{I}}$

## SIXTH CAUSE OF ACTION: ENTICEMENT INTO SLAVERY IN VIOLATION
## (18 U.S. CODE §1583)

51.    James G. Perry "Defendant" told Plaintiff he thought it would be fun to go to battel "trial" with her but didn't want to as he thought she was a good person and no prior history of charges. James G. Perry "Defendant" then offered Tara McCluskey El, A Noble Moorish American "Plaintiff" a plea bargain and wrote his name and phone number on a green lined post it. He told Plaintiff to write down DOS 1001.94 Diversion of Sentence and to research it. **See exhibit** $\underline{D}$

52.    On the day Plaintiff was set to go to trial, James G. Perry went hard to work in order to prevent himself from being prosecuted for his crimes in colluding to have Plaintiff locked up and avoid a jury trial which he knew she would win. He interrupted the tribunal being held in Rm#_____ while she was sitting in there to see de facto Magistrate _____ at $|$:30 pm for trial with about 3 armed uniformed bounty men; and the witness of the party Chris Sullivan (ENTERPRISE) in which all matters had been settled. That settlement contract states:

53.    **The Settlement agreement;    REFER to EXHIBIT** $\underline{J \, \& \, I}$

CASE 2:17-CV-00426-R-PLAx

**URGENT**

**INCLUDE DISCHARGE OF DEBT IN YOUR FAX**

I was authorized by Joseph Viegar to send you this request for a settlement letter to be faxed to me today. TRANSWORLD SYSTEMS HAS AGREED TO DISCHARGE THIS DEBT AND SETTLE THIS ACCOUNT IN ENTIRETY ON BEHALF OF ENTERPRISE HOLDINGS/ ENTERPRISE RENT A CAR AND ITS AFFILIATES AND ANY ONE SEEKING PROSECUTION FOR ALL CLAIMS TOWARD TARA MCCLUSKEY AND ANY AND ALL THINGS RELATED TO THIS MATTER AND CAR PERPETUALLLY AND GRANTS AQUITTAL OF ALL CHARGES PAST, PRESENT OR FUTURE PERPETUALLY.

THIS $639 RELEASES TARA MCCLUSKEY AND HER AFFILIATIONS FROM LIABILITY AND PROSECUTION FROM ENTEERPRISE RENT A CAR/ ENTERPRISE HOLDINGS/ TRANS WORLD SYSTEMS/ ANY COURT, STATE, DISTRICT ATTORNEY AND AFFILIATES, ANY COMPANY OR PERSON OR ENTITY UNIVERSALLY FOR $639.00, THIS IS A DISCHARGE OF DEBT AND CHARGES FROM THIS CLAIM, PAST OR PRESENT CHARGES OR CLAIMS AND ANY AND ALL FUTURE CLAIMS OR CHARGES OR ACCUSATIONS REGARDING THIS MATTER WITH ENTERPRISE AND ALL THINGS, ISSUES RELATED TO IT PERPETUALLY. THIS AGREEMENT TERMINATES AND DISHCARGES AND DISMISSES ALL PAST, PRESENT AND FUTURE  PROSECUTION FROM ANYONE, ENTITY, THING AND COURT REGARDING THIS MATTER, CAR, LENGTH OF HAVING THE CAR, STATE OF THE CAR, ALL THINGS PERTAINING TO THE CAR PERPETUALLY.

I GIVE PERMISSION TO TRANSWORLD SYSTEMS TO FAX A DISCHARGE OF DEBT AND SETTLEMENT LETTER TO ME WHICH WILL BE PART OF THIS AGREEMENT:

Re: ENTERPRISE RENT A CAR/ ENTERPRISE HOLDINGS/ TRANS WORLD SYSTEMS inclusive of all things mentioned above.

**Reference#** 295 08 931

**MY FAX#** 650-521-5856 MY FAX NUMBER IS NOT TO BE SHARED WITH ANYONE

Thank you,

Tara McCluskey

## SEVENTH CAUSE OF ACTION: GENOCIDE IN VIOLATION
## (18 U.S. CODE §1091)

54.    (a) Basic Offense.—**Whoever, whether in time of peace or in time of war and with the specific intent to destroy, in whole or in substantial part, a national, ethnic, racial, or religious group as such—**

**(1)   kills members of that group;**

**(2)   causes serious bodily injury to members of that group;**

**(3)   causes the permanent impairment of the mental faculties of members of the group through drugs, torture, or similar techniques;**

**(4)   subjects the group to conditions of life that are intended to cause the physical destruction of the group in whole or in part;**

**(5)   imposes measures intended to prevent births within the group; or**

**(6)   transfers by force children of the group to another group;**

**shall be punished as provided in subsection (b).**

CASE 2:17-CV-00426-R-PLAx

55.   (b) Punishment for Basic Offense.—The punishment for an offense under subsection (a) is—

(1)   in the case of an offense under subsection (a)(1), where death results, by death or imprisonment for life and a fine of not more than $1,000,000, or both; and

(2)   a fine of not more than $1,000,000 or imprisonment for not more than twenty years, or both, in any other case.

56.   (c) Incitement Offense.—

Whoever directly and publicly incites another to violate subsection (a) shall be fined not more than $500,000 or imprisoned not more than five years, or both.

57.   (d) Attempt and Conspiracy.—

Any person who attempts or conspires to commit an offense under this section shall be punished in the same manner as a person who completes the offense.

58.   (e) Jurisdiction.—There is jurisdiction over the offenses described in subsections (a), (c), and (d) if—

59.   (1)   the offense is committed in whole or in part within the United States; or

(2)   regardless of where the offense is committed, the alleged offender is—

(A)   a national of the United States (as that term is defined in section 101 of the Immigration and Nationality Act (8 U.S.C. 1101));

60.   (B)   an alien lawfully admitted for permanent residence in the United States (as that term is defined in section 101 of the Immigration and Nationality Act (8 U.S.C. 1101));

(C)   a stateless person whose habitual residence is in the United States; or

(D)   present in the United States.

(f) Nonapplicability of Certain Limitations.—

Notwithstanding section 3282, in the case of an offense under this section, an indictment may be found, or information instituted, at any time without limitation.

**All actions by Plaintiff listed in this Demand and Complaint fall under this U.S. Code §1096 Genocide.**

CASE 2:17-CV-00426-R-PLAx

## EIGTH CAUSE OF ACTION: LIABILITY OF UNITED STATES
## (28 U.S. CODE § 2674) and
## ADMINISTRATIVE ADJUSTMENT OF CLAIMS 28 (U.S. CODE § 2672)
**Liability of the United States for criminal activities perpetrated against Tara McCluskey El by the Defendants acting on behalf of the State of California and the United States.**

**Listed below are the coinciding California State Law Violations**

61.    Daniel Lopez, an acting Magistrate of Pomona Superior Court is an employee of the United States

62.    James G. Perry, the acting Prosecutor is and was an employee of the United States

63.    Jackie Lacey, the acting District Attorney is and was an employee of the United States

64.    Loretta Lynch, the acting acting Attorney General of the United States was an employee of the United States.

DEPRIVATION OF RIGHTS UNDER COLOR OF LAW IN VIOLATION OF **TITLE 18 U.S.C. §242** is also a violation of:

## CALIFORNIA STATE LAW Civil Code 52.1 (b) (c)

65.    (b) Any individual whose exercise or enjoyment of rights secured by the Constitution or laws of the United States, or of rights secured by the Constitution laws of this state, has been interfered with, or attempted to be interfered with, as described in subdivision (a) may institute  and prosecute in his or her own name and **on his or her own behalf a civil action for damages, including, including but not limited to, damages under Section 52, injunctive relief, and other appropriate equitable relief to protect the peaceable exercise or enjoyment of the right or rights secured**, including appropriate equitable and declaratory relief to eliminate a pattern or practice of conduct as described in subdivision

66.    (c) An action brought pursuant to subdivision (a) or (b) may be filed either in the superior court for the county in which the conduct complained of occurred or in the superior court for the county in which a person whose conduct complained of resides or has his or her place of business.

KIDNAPPING IN VIOLATION OF 18 U.S.C. 1961 IN VIOLATION OF 18 U.S.C. §1961 RACKETEERING are also violations of CALIFORNIA STATE LAW

**PENAL CODE 207 (a) (c)** AND **PENAL CODE 210** RANSOM MONEY

67.

(a) Every person who forcibly, or by any other means of instilling fear, steals or takes, or holds, detains, or arrests any person in this state, and carries the person into another country, state, or country or into another part of the same county, is guilty of kidnapping.

(b) Every person who forcibly, or by any other means of instilling fear, takes or holds, detains, or arrests any person, with a design to take the person out of this state, without having established a claim, according to the laws of the United States, or of this state, or who hires, persuades, entices, decoys, or seduces by false promises, misrepresentations, or the like, any person to go out of this state, or to be taken or removed therefrom, for the purpose and with the intent to sell that person into slavery or involuntary servitude, or otherwise to employ that person for his or her own use, or to the use of another, without the free will and consent of the persuaded person, is guilty of kidnapping.

**PENAL CODE § 210**

68.    Every person who for the purpose of obtaining any ransom or reward, or to extort or exact from any person any money or thing of value, poses as, or in any manner represents himself to be a person who has seized, confined, inveigled, enticed, decoyed, abducted, concealed, kidnapped or carried away any person, or who poses as, or in any manner represents himself to be a person who holds or detains such person, or who poses as, or in any manner represents himself to be a person who has aided or abetted any such

CASE 2:17-CV-00426-R-PLAx

act, or who poses as or in any manner represents himself to be a person who has the influence, power, or ability, to obtain the release of such person so seized, confined, inveigled, enticed, decoyed, abducted, concealed, kidnapped or carried away, is guilty of a felony and upon conviction thereof shall be punished by imprisonment for two, three or four years.

HUMAN TRAFFICKING IN VIOLATION OF RICO ACT 18 U.S.C. § 1582 – VESSELS FOR SLAVE TRADE, 18 U.S.C. §1581 PEONAGE; OBSTRUCTING ENFORCEMENT AND U.S.C. § 1584 SALE INTO INVOLUNTARY SERVITUDE is also a violation of **CALIFORNIA PENAL CODE 236.1 (a)**

69.

(a) A person who deprives or violates the personal liberty of another with the intent to obtain forced labor or services [TREE FARM] , is guilty of human trafficking and shall be punished by imprisonment in the state prison for 5, 8, or 12 years and a fine of not more than five hundred thousand dollars ($500,000).

**B.**     **Damages**

70.     But for the James G. Perry, Daniel Lopez, Jackie Lacey, and Defendants DOES 1-50 refusal to drop this farce of a case against Plaintiff, she would have gone on with her life as it was taken off. She had just obtained a Lexus SC430, a new job at the top commodities firm in Beverly Hills along with a new residence Plaintiff was to move into in 3 days. Back on track pulling all things together in her life to launch Plaintiffs global digital media network  with a gripping story under the belt for the first series of The Grind Show Online, titled after the name of Plaintiffs Global Media Network, Plaintiffs life was turned upside down and sent into a downward spiral by the fraudulent and malicious premeditated evil acts of the Defendants. This premeditated evil act carries a cost in excess of $7,000,000.00 to the Plaintiff and Plaintiffs Estate.

71.     Loss of vehicle due to loss of employment $30,000.00

72.     False imprisonment/Jail $3,000,000.00 to the Plaintiff and Plaintiffs Estate

73..     Pain and Suffering, Plaintiff went into shock and grief due to the malicious

CASE 2:17-CV-00426-R-PLAx

1  Premeditated acts of the Defendants. She was mistreated by family members who could
2  not understand that Plaintiff was extremely traumatized by the wicked diabolical
3  premeditated acts against Plaintiff that extremely affected Plaintiffs ability to recover and
4  transition back to normalcy in her life. She was ashamed from being jailed and put into
5  bondage and involuntary slavery. Plaintiff had a high class life amidst very important
6  people she does business with and she was ashamed of how they would see her as she
7  was psychologically and emotionally traumatized by the diabolical acts of the
8  Defendants, so she could not reach out to her colleagues and business contacts for
9  business. Her life went into a downward spiral due to this conspiracy as she had just
10  gotten her life back on track from the first unlawful lockup and loss of employment from
11  the first unlawful arrest and had new employment and was set move to Beverly Hills
12  Territory the week she was maliciously and fraudulently arrested. Plaintiff has suffered
13  extreme trauma from this horrible injustice from this de facto agents of the United States
14  and State of California.

## **DEMAND FOR RELIEF**

16  **74.**        **WHEREFORE,** Plaintiff pray for judgement, as follows:

17  75. Plaintiff Tara McCluskey El and Plaintiffs Estate TARA MCCLUSKEY pray
18      for compensatory, general and special damages **in excess of $7,030,920.00**

19  76. Plaintiff Tara McCluskey El and Plaintiffs Estate TARA MCCLUSKEY pray
20      for punitive damages, based on genocide, operating under color of law,
21      kidnapping, slander, defamation of character, oppression, malice and all actions
22      brought in this complaint, according to Defendants' net worth being a branch of
23      the Roman Curia, Vatican which is holding most of Plaintiffs ancestors and the
24      world's wealth; and of revenue obtained from imposed economic and mental
25      slavery on African American/ Black people through the operation of Christian
26      Black Codes which were used and instituted to enslave Plaintiff which includes the
27      14th amendment fraud.

28

CASE 2:17-CV-00426-R-PLAx

77. Plaintiff Tara McCluskey El and Plaintiffs Estate, TARA MCCLUSKEY, TARA MCCLUSKEY EL prays for Lawyer fees, costs and interest; and

78. Plaintiff and Plaintiffs Estate TARA MCCLUSKEY pray for such other and further relief as the court deems just and proper.

79. Plaintiff will accept currency, goods, services, land transferred back to her Estate of her selection in its allodial status, Property "by Plaintiffs selection" transfer attached to land back to her Estate in its allodial title with all air rights, mineral rights, water rights, land rights above and beneath the ground as her rightful heirship, travel conveyances perfect clear title transferred to Plaintiff, Plaintiffs Estate as Plaintiff will indicate, and money as well as all mentioned in this paragraph 5 of Demand for Relief as settlement of Plaintiffs claim all things and matters perpetual to her assigns, heirs or beneficiaries as she sees fit.

80. Plaintiff demands all rights of profits of the land use of her ancestral estate to the rightful heirs and the release from captivity of unjust prisoners in prisoner of war camps, their comfortable rehabilitation and restoration.

81. Plaintiff demands all debts and encumbrances and liens on all members of her family "who are American and Noble by birthright whether they acknowledge it or not, it is being acknowledged for them now on their behalf whether they are suffering from indoctrination since birth of these facts by consistent brainwashing and Stockholm syndrome" be released immediately and the allodial rights transferred to their estates along with the due profits from the use of their lands and properties be transferred to them immediately via their choice of currency, monetary or other means of compensation as listed in paragraph 5 of this demand section along with all of our perpetual protection from harm or retaliation.

82. This demand includes for Plaintiffs Mother, an American, legal status: white woman, the mother of Tara McCluskey El, a Noble, "the Plaintiff" for her Mothers estate, two million dollars, the immediate release of all debts, encumbrances and liens "including her home" transferred to allodial property rights for all property

"real and otherwise" into Plaintiffs Mothers estate who was severely injured severely because a fall on the sidewalk which injured her face as she had to rush to the defacto court as her daughter, Tara McCluskey El, a Noble was locked up, kidnapped for refusing to waive her rights by signing a faretta waiver and refusing to step behind as the the bar as the defacto colorable court had no jurisdiction and falsely being called hostile when she showed up against her will as she was threatened is she did not it would result in a bench warrant by Adewale A. Oduye, an acting defacto district attorney.

83. This includes a house of choice for her brother, an American, legal status: white man and all land and air rights and choice of motor conveyance transferred to his estate as he was also injured by this assault against his sister, Tara McCluskey El, a Noble., customized to his choice with clear perfect title and a large sum of financial spendable compensation.

84. Tara McCluskey El, a Noble, Plaintiff does hereby assert an Adverse claim against any claims or liens against her or any member of her families estates.

CERTIFICATE OF SERVICE DELIVERY DATES

    85.   The Honorable President Barack Obama December 20, 2016

- **Registered Mail:** RE985226280US **Received December 20, 2016**

    86. The Honorable Loretta Lynch- Attorney General

- **Registered Mail:** RE985226276US **Received December 21, 2016**

    87. Kamala D. Harris Office of The Attorney General

- **Registered Mail:** RE985226262US **Received December 19, 2016**

    88. The Office of Management and Budget **Received via fax: 12/13/2016**

    89.. Office of the United Nations High Commissioner for Human Rights (OHCHR)

- **Received via email electroically December 13, 2016**

    90. A copy was hand delivered to: Wade Olsen (Magistrate) via Ms. Dela Cerda

CASE 2:17-CV-00426-R-PLAx

- **Received via/ by Clerk/Manager: Gloria Garcia on November 28, 2016 at 4:08pm PST.**

91.    ALL PARTIES ABOVE WERE DELIVERED PLAINTIFF'S DEMAND AND DID NOT RESPOND AT ALL WITH THE EXCEPTION OF Kamala D. Harris who did mail a reply instructing to file a lawsuit. **(Kamala D. Harris reply is an amendment)**

### DEMAND FOR IMMEDIATE REDRESS, RESTITUTION AND COMPENSATION AS LISTED IN THE DEMAND FOR RELIEF SECTIONS 1-7 ON PAGES 18-19 . OF THIS COMPLAINT AND DEMAND OR JURY TRIAL

92.    Plaintiff hereby demands monetary compensation pursuant to 28 U.S. CODE § 2674 LIABILITY OF UNITED STATES, 28 U.S. CODE § 2672 ADMINISTRATIVE ADJUSTMENT OF CLAIMS or Jury Trial pursuant to The Seventh Amendment of the United States Constitution, The Treaty of Peace and Friendship and The Bill of Rights.

I declare and affirm to the above mentioned facts and events in this Affidavit that they are true and correct .

Amended:

DATED: January 17, 2017                    Tara McCluskey El

Amended: November 26, 2018

**Reinstated**                    By: _Tara McCluskey El_____

Tara McCluskey El, A Noble

**In Propria Persona, Sui Juris, Sui Heredes**

**Jus Soli, Jus Sanguinis, Jus Recuperandi**

**All Rights Reserved and retained UCC 1-308**

- I reserve the right to amend this Affidavit-Demand-Complaint at any time with new or substantiating evidence, or any information I find fit or irrelevant.

# EXHIBIT A

# Treaty of Peace & Friendship
## 1787
## Between Morocco and The United States

TO ALL PERSONS TO WHOM THESE PRESENTS SHALL COME OR BE MADE KNOWN- WHEREAS THE UNITED STATES OF AMERICA IN CONGRESS ASSEMBLED BY THEIR COMMISSION BEARING DATE THE TWELFTH DAY OF MAY ONE THOUSAND, SEVEN-HUNDRED AND EIGHTY-FOUR THOUGHT PROPER TO CONSTITUTE JOHN ADAMS, BENJAMIN FRANKLIN AND THOMAS JEFFERSON THEIR MINISTERS PLENIPOTENTIARY, GIVING TO THEM OR A MAJORITY OF THEM FULL POWERS TO CONFER, TREAT & NEGOTIATE WITH THE AMBASSADOR, MINISTER OR COMMISSIONER OF HIS MAJESTY THE EMPEROR OF MOROCCO CONCERNING A TREATY OF AMITY AND COMMERCE, TO MAKE & RECEIVE PROPOSITIONS FOR SUCH TREATY AND TO CONCLUDE AND SIGN THE SAME, TRANSMITTING TO THE UNITED STATES IN CONGRESS ASSEMBLED FOR THEIR FINAL RATIFICATION.

AND BY ONE OTHER COMMISSION BEARING DATE THE ELEVENTH DAY OF MARCH ONE-THOUSAND SEVEN-HUNDRED & EIGHTY-FIVE DID FURTHER EMPOWER THE SAID MINISTERS PLENIPOTENTIARY OR A MAJORITY OF THEM, BY WRITING UNDER THE HANDS AND SEALS TO APPOINT SUCH AGENT IN THE SAID BUSINESS AS THEY MIGHT THINK PROPER WITH AUTHORITY UNDER THE DIRECTIONS AND INSTRUCTION OF THE SAID MINISTERS TO COMMENCE & PROSECUTE THE SAID NEGOTIATIONS & CONFERENCES FOR THE SAID TREATY PROVIDED THAT THE SAID TREATY SHOULD BE SIGNED BY MINISTERS: AND WHEREAS, WE THE SAID JOHN ADAMS & THOMAS JEFFERSON TWO OF THE SAID MINISTERS PLENIPOTENTIARY (THE SAID BENJAMIN FRANKLIN BEING ABSENT) BY WRITING UNDER THE HAND AND SEAL OF THE SAID JOHN ADAMS AT LONDON, OCTOBER FIFTH, ONE-THOUSAND SEVEN-HUNDRED AND EIGHTY-FIVE, & OF THE SAID THOMAS JEFFERSON AT PARIS OCTOBER THE ELEVENTH OF THE SAME YEAR, DID APPOINT THOMAS BARCLAY, AGENT IN THE BUSINESS AFORESAID, GIVING HIM THE POWERS THEREIN, WHICH BY THE SAID SECOND COMMISSION WE WERE AUTHORIZED GO GIVE, AND THE SAID THOMAS BARCLAY IN PURSUANCE THEREOF, BATH ARRANGED ARTICLES FOR A TREATY OF AMITY AND COMMERCE BETWEEN THE UNITED STATES OF AMERICA AND HIS MAJESTY THE EMPEROR OF MOROCCO & SEALED WITH HIS ROYAL SEAL, BEING TRANSLATED INTO THE LANGUAGE OF SAID UNITED STATES OF AMERICA, TOGETHER WITH THE ATTESTATIONS THERETO ANNEXED ARE IN THE FOLLOWING WORDS, TO WIT:

**IN THE NAME OF ALMIGHTY GOD.**

THIS IS A TREATY OF PEACE AND FRIENDSHIP ESTABLISHED BETWEEN US AND THE UNITED STATES OF AMERICA, WHICH IS CONFIRMED, AND WHICH WE HAVE ORDERED TO BE WRITTEN IN THE BOOK AND SEALED WITH OUR ROYAL SEAL AT OUR COURT OF MOROCCO IN THE TWENTY-FIFTH DAY OF THE BLESSED MONTH OF SHA-

BAN, IN THE YEAR ONE-THOUSAND TWO-HUNDRED, TRUSTING IN GOD IT WILL REMAIN PERMANENT.

## ARTICLE 1

We declare that both Parties have agreed that this Treaty consisting of twenty five Articles shall be inserted in this Book and delivered to the Honorable Thomas Barclay, the Agent of the United States now at our Court, with whose Approbation it has been made and who is duly authorized on their part, to treat with us concerning all the matters contained therein.

## ARTICLE 2

If either of the parties shall be at war with any nation whatever, the other party shall not take a commission from the enemy nor fight under their colors.

## ARTICLE 3

If either of the parties shall be at war with any nation whatever and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty and the effect returned to the owners. And if any goods belonging to any nation, with whom either the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested without any attempt being made to take or detain them.

## ARTICLE 4

A signal or pass shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea, and if the commander of a ship of war of either party shall have other ships under his convoy, the Declaration of the commander shall alone be sufficient to exempt any of them from examination.

## ARTICLE 5

If either of the parties shall be at war, and shall meet a vessel at sea, belonging to the other, it is agreed that if an examination is to be made, it shall be done by sending a boat with two or three men only, and if any gun shall be bread and injury done without reason, the offending party shall make good all damages.

## ARTICLE 6

If any **Moor** shall bring citizens of the United States or their effects to His Majesty, the citizens shall immediately be set at liberty and the effects restored, and in like manner, if any **Moor** not a subject of the dominions shall make prize of any of the citizens of America or their effects and bring them into any of the ports of His Majesty, they shall be immediately released, as they will be considered as under His Majesty's Protection.

## ARTICLE 7

If any vessel of either party shall put into a port of the other and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

## ARTICLE 8

If any vessel of the United States shall meet with a disaster at sea and put into one of our ports to repairs, she shall be at liberty to land and reload her cargo, without paying any duty whatever.

## ARTICLE 9

If any Vessel of the Untied States shall be cast on Shore on any Part of our Coasts, she shall remain at the disposition of the Owners and no one shall attempt going near her without their Approbation, as she is then considered particularly under our Protection; and if any Vessel of the United States shall be forced to put in to our Ports, by Stress of weather or otherwise, she shall not be compelled to land her Cargo, but shall remain in tranquility until the Commander shall think proper to proceed on his Voyage.



## ARTICLE 10

If any Vessel of either of the Parties shall have an engagement with a Vessel belonging to any of the Christian Powers within gunshot of the Forts of the other, the Vessel so engaged shall be defended and protected as much as possible until she is in safety; and if any American Vessel shall be cast on shore on the Coast of Wadnoon or any Coast thereabout, the People to her shall be protected, and assisted until by the help of God, they shall be sent to their Country.

## ARTICLE 11

If we shall be at War with any Christian Power and any of our Vessels sail from the Ports of the United States, no Vessel belonging to the enemy shall follow until twenty four hours after the Departure of our Vessels; and the same Regulation shall be observed towards the American Vessels sailing from our Ports— be the enemies **Moors** or Christians.

## ARTICLE 12

If any ship of war belonging to the United States shall put into any of our ports, she shall not be examined on any pretense whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

## ARTICLE 13

If a ship of war of either party shall put into a port of the other and salute, it shall be returned from the fort with an equal number of guns, not with more or less.

## ARTICLE 14

The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favored nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever they please, without interruption.

## ARTICLE 15

Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any labor whatever, shall be paid at the customary rates, not more and not less.

## ARTICLE 16

In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed that all prisoners shall be exchanged in twelve months from the time of their being taken, and that this exchange may be effected by a merchant or any other person authorized by either of the parties.

## ARTICLE 17

Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper; and may buy and sell all sorts of merchandize but such as are prohibited to the other Christian nations.

## ARTICLE 18

All goods shall be weighed and examined before they are sent on board , and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board, in which case, the persons who took the contraband goods on board, shall be

punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

## ARTICLE 19

No vessel shall be detained import on any pretense whatever, nor be obliged to take on board on any articles without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

## ARTICLE 20

If any of the citizens of the Untied States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

## ARTICLE 21

If any citizen of the Untied States should kill or wound a **Moor,** or, on the contrary, if a **Moor** shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

## ARTICLE 22

If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of hi affects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear, who has right to demand them; but if the heir to the person deceased be present, the property shall be delivered to  him without interruptions; and if a will shall appear, the property shall descend agreeable to that will as soon as the consul shall declare the validity thereof.

## ARTICLE 23

The consuls of the United States of America, shall reside in any port of our dominions that they shall think proper; and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy; and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for the payment or fulfilling thereof, without which promise in writing, no application to him for any redress shall be made.

## ARTICLE 24

If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made for an arrangement, and until that application shall be rejected, no appeal shall be made to arms. And if a war shall break out between the parties nine months shall be granted to all the subjects of both parties, to dispose of their effects and retire with their property. And it is further declared, that whatever indulgences, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

## ARTICLE 25

This treaty shall continue in full force, with the help of God, for fifty years. We delivered this book into the hands of the before mentioned Thomas Barclay, on the first day of the blessed month of Ramadan, in the year one thousand two hundred.

I certify that the annexed is a true copy of the translation made by Isaac Cardoza Nunez, interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

**THOMAS BARCLAY.**

## ADDITIONAL ARTICLE

Grace to the only God.

I, the under-written, the servant of God, Taher Ben Abdelkack Fennish, do certify, that His Imperial Majesty, my master, *(whom God preserve),* having concluded a treaty of peace and commerce with the United States of America, has ordered me, the better to complete, it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible; and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the **citizens of America** our good friends."

And, in obedience to this Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan, (a) in the year one thousand two hundred.
The servant of the King, my master, whom God preserve.

**TAHER BEN ABDELKACK FENNISH.**

I do certify that the above is a true copy of the translation made at Morocco, by Isaac Cordoza Nunez, interpreter, of a declaration made and signed by Sidi Hage Taher Fennish, in addition to the treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express directions of his Majesty.

**THOMAS BARCLAY.**

## TREATY WITH MOROCCO. 1787

Now, KNOW YE, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every article and clause therein contained, reserving the same nevertheless to the Untied States in Congress assembled, for their final ratification.
In testimony whereof, we have signed the same with our names and seals, at the places of our respective residence, and at the dates expressed under our signatures respectively.

**JOHN ADAMS,**      (L.S.)
*London, January 25th, 1787.*

**THOMAS JEFFERSON,**      (L.S.)
*Paris, January 1st, 1787.*

Ordinances



*From Documents of American History*

## LETTER FROM GEORGE WASHINGTON TO
## MUHAMMED IBN ABDULLAH—SULTAN OF MOROCCO
—*City of New York December 1, 1789*

GREAT AND MAGNANIMOUS FRIEND,

Since the date of the letter which the late Congress, by their President, addressed to your Imperial Majesty, The United States of America have thought proper to change their government and institute a new one, agreeable to the Constitution, of which I have the honor, herewith, to enclose a copy. The time necessarily employed in the arduous task, and the disarrangements occasioned by so great though peaceable a revolution, will apologize, and account for your Majesty's not having received those regularly advised marks of attention from the United States which the friendship and magnanimity of your conduct toward them afforded reason to expect.

The United States, having unanimously appointed me to supreme executive authority in this Nation. Your Majesty's letter of August 17, 1788, which by reason of the dissolution of the late-government, remained unanswered, has been delivered to me. I have also received the letters which Your Imperial Majesty has been so kind as to write, in favor of the United States, to the Bashaws of Tunis and Tripoli, and I present to you the sincere acknowledgements and thanks of the United States for this important mark of your friendship for them.

We greatly regret the hostile disposition of those regencies toward this nation, who have never injured them, is not to be removed, on terms of our power to comply with. Within our territories there are no mines, wither of gold or silver, and this young nation just recovering from the waste and dissolution of a long war, have not, as yet, had time to acquire riches by agriculture and commerce. But our soil is bountiful, and our people industrious, and we have reason to flatter ourselves that we shall gradually become useful to our friends.

The encouragement which Your Majesty has been pleased, generously, to give to our commerce with your dominions, the punctuality with which you have caused the Treaty with us to be observed, and the just and generous measures taken in the case of Captain Proctor, make a deep impression on the United States and confirm their respect for and attachment to Your Imperial Majesty.

It gives me great pleasure to have the opportunity of assuring Your Majesty that, while I remain at the head of this nation, I shall not cease to promote every measure that may conduce to the friendship and harmony which so happily subsist between your Empire and them, and shall esteem myself happy in every occasion of convincing Your Majesty of the high sense *(which in common with the whole nation)* I entertain the magnanimity, wisdom and benevolence of Your Majesty.

May the Almighty bless Your Imperial Majesty, our Great and Magnanimous friend, with His constant guidance and protection.

—*GEORGE WASHINGTON*

EXHIBIT B



# The Holy See

### APOSTOLIC LETTER
### ISSUED *MOTU PROPRIO*

### OF THE SUPREME PONTIFF
### FRANCIS

## ON THE JURISDICTION OF JUDICIAL AUTHORITIES OF VATICAN CITY STATE IN CRIMINAL MATTERS

In our times, the common good is increasingly threatened by transnational organized crime, the improper use of the markets and of the economy, as well as by terrorism.

It is therefore necessary for the international community to adopt adequate legal instruments to prevent and counter criminal activities, by promoting international judicial cooperation on criminal matters.

In ratifying numerous international conventions in these areas, and acting also on behalf of Vatican City State, the Holy See has constantly maintained that such agreements are effective means to prevent criminal activities that threaten human dignity, the common good and peace.

With a view to renewing the Apostolic See's commitment to cooperate to these ends, by means of this Apostolic Letter issued *Motu Proprio*, I establish that:

1. The competent Judicial Authorities of Vatican City State shall also exercise penal jurisdiction over:

a) crimes committed against the security, the fundamental interests or the patrimony of the Holy

b) crimes referred to:

- in Vatican City State Law No. VIII, of 11 July 2013, containing *Supplementary Norms on Criminal Law Matters*;

- in Vatican City State Law No. IX, of 11 July 2013, containing *Amendments to the Criminal Code and the Criminal Procedure Code*;

when such crimes are committed by the persons referred to in paragraph 3 below, in the exercise of their functions;

c) any other crime whose prosecution is required by an international agreement ratified by the Holy See, if the perpetrator is physically present in the territory of Vatican City State and has not been extradited.

2. The crimes referred to in paragraph 1 are to be judged pursuant to the criminal law in force in Vatican City State at the time of their commission, without prejudice to the general principles of the legal system on the temporal application of criminal laws.

3. For the purposes of Vatican criminal law, the following persons are deemed *"public officials"*:

a) members, officials and personnel of the various organs of the Roman Curia and of the Institutions connected to it.

b) papal legates and diplomatic personnel of the Holy See.

c) those persons who serve as representatives, managers or directors, as well as persons who even *de facto* manage or exercise control over the entities directly dependent on the Holy See and listed in the registry of canonical juridical persons kept by the Governorate of Vatican City State;

d) any other person holding an administrative or judicial mandate in the Holy See, permanent or temporary, paid or unpaid, irrespective of that person's seniority.

4. The jurisdiction referred to in paragraph 1 comprises also the administrative liability of juridical persons arising from crimes, as regulated by Vatican City State laws.

5. When the same matters are prosecuted in other States, the provisions in force in Vatican City State on concurrent jurisdiction shall apply.

6. The content of article 23 of Law No. CXIX of 21 November 1987, which approves the *Judicial Order of Vatican City State* remains in force.

This I decide and establish, anything to the contrary notwithstanding.

L'Osservatore Romano, entering into force on **1 September 2013**.

*Given in Rome, at the Apostolic Palace, on* **11 July 2013***, the first of my Pontificate.*


**FRANCISCUS**

© Copyright - Libreria Editrice Vaticana

MESSAGE OF HIS HOLINESS
## POPE FRANCIS
FOR THE CELEBRATION OF THE
## WORLD DAY OF PEACE

### 1 JANUARY 2015

## NO LONGER SLAVES, BUT BROTHERS AND SISTERS

1. At the beginning of this New Year, which we welcome as God's gracious gift to all humanity, I offer heartfelt wishes of peace to every man and woman, to all the world's peoples and nations, to heads of state and government, and to religious leaders. In doing so, I pray for an end to wars, conflicts and the great suffering caused by human agency, by epidemics past and present, and by the devastation wrought by natural disasters. I pray especially that, on the basis of our common calling to cooperate with God and all people of good will for the advancement of harmony and peace in the world, we may resist the temptation to act in a manner unworthy of our humanity.

In my Message for Peace last year, I spoke of "the desire for a full life... which includes a longing for fraternity which draws us to fellowship with others and enables us to see them not as enemies or rivals, but as brothers and sisters to be accepted and embraced".[1] Since we are by nature relational beings, meant to find fulfilment through interpersonal relationships inspired by justice and love, it is fundamental for our human development that our dignity, freedom and autonomy be acknowledged and respected. Tragically, the growing scourge of man's exploitation by man gravely damages the life of communion and our calling to forge interpersonal relations marked by respect, justice and love. This abominable phenomenon, which leads to contempt for the fundamental rights of others and to the suppression of their freedom and dignity, takes many forms. I would like briefly to consider these, so that, in the light of God's word, we can consider all men and women *"no longer slaves, but brothers and sisters"*.

*Listening to God's plan for humanity*

2. The theme I have chosen for this year's message is drawn from Saint Paul's letter to Philemon, in which the Apostle asks his co-worker to welcome Onesimus, formerly Philemon's slave, now a Christian and, therefore, according to Paul, worthy of being considered *a brother*. The Apostle of the Gentiles writes: "Perhaps this is why he was parted from you for a while, that you might have him back for ever, no longer as a slave but more than a slave, as a beloved brother" (vv. 15-16). Onesimus became Philemon's *brother* when he became a Christian. Conversion to Christ, the beginning of a life lived *Christian discipleship*, thus constitutes a *new birth* (cf. *2 Cor* 5:17; *1 Pet* 1:3) which generates *fraternity* as the fundamental bond of family life and the basis of life in society.

c) any other crime whose prosecution is required by an international agreement ratified by the Holy See, if the perpetrator is physically present in the territory of Vatican City State and has not been extradited.

2. The crimes referred to in paragraph 1 are to be judged pursuant to the criminal law in force in Vatican City State at the time of their commission, without prejudice to the general principles of the legal system on the temporal application of criminal laws.

3. For the purposes of Vatican criminal law, the following persons are deemed "public officials":

a) members, officials and personnel of the various organs of the Roman Curia and of the Institutions connected to it.

b) papal legates and diplomatic personnel of the Holy See.

c) those persons who serve as representatives, managers or directors, as well as persons who even *de facto* manage or exercise control over the entities directly dependent on the Holy See and listed in the registry of canonical juridical persons kept by the Governorate of Vatican City State;

d) any other person holding an administrative or judicial mandate in the Holy See, permanent or temporary, paid or unpaid, irrespective of that person's seniority.

4. The jurisdiction referred to in paragraph 1 comprises also the administrative liability of juridical persons arising from crimes, as regulated by Vatican City State laws.

5. When the same matters are prosecuted in other States, the provisions in force in Vatican City State on concurrent jurisdiction shall apply.

6. The content of article 23 of Law No. CXIX of 21 November 1987, which approves the *Judicial Order of Vatican City State* remains in force.

This I decide and establish, anything to the contrary notwithstanding.

I establish that this Apostolic Letter issued Motu Proprio will be promulgated by its publication in L'Osservatore Romano, entering into force on **1 September 2013**.

*Given in Rome, at the Apostolic Palace, on **11 July 2013**, the first of my Pontificate.*

**FRANCISCUS**

EXHIBIT C

## CROSS OR CRUCIFIX

The cross is symbolic of Christianity as a whole, but different branches of the religion use different types of cross. Protestants, for example, have adopted a plain cross, symbolic of Christ having risen from the dead. Catholics have adopted the crucifix—a cross with the crucified Christ—as symbolic of Christ's sacrifice. His presence on the cross is also symbolic of God's work as ongoing rather than ending with his death and resurrection. Some Catholic crosses have a skull at the base, symbolic of Golgotha, the "place of this skull" (commonly called Calvary), where Christ was taken to be crucified.



**▲ Plain cross**
This modern Methodist church in Singapore displays a large plain steel cross like that seen in most other Protestant churches.



**▲ Crucifix**
This 14th–15th century crucifix from a Catholic church in Croatia depicts Christ on the cross with God looking down on him from above.



**▲ Budded Cross**
... is ... the form of the Latin cross ... terminates with buds ... the shape of a clover leaf. ... buds signify the Holy ... may be derived from a ... in which the trefoil ... earth, sea, and sky.



**▲ Russian Orthodox Cross**
Symbolic of the balance between salvation and damnation, this cross has been adopted by the Russian Orthodox Church. The lower bar indicates that repentant sinners go to Heaven, while others descend into Hell.



**▲ Julian Cross**
The emblem of traveling bards, this cross is made up of four Latin Crosses at right angles to each other, each pointing to the four corners of the world. For this reason it is sometimes known as the Missionary Cross.



**▲ The Papal Cross**
This cross may be used only by the Pope. Its three bars signify Heaven, the Earth, and the Church, which are the three domains of his authority. The cross is carried ahead of the Pope in all papal processions.



**▲ The Cross of Lorraine**
A heraldic cross that has two cross bars, traditionally of equal length, is used by the Catholic Church to signify a Cardinal. This cross was carried into battle by Joan of Arc and later became a symbol of the Free French.



**▲ Camargue Cross**
... for Camargue in the South ... France, this cross has three ... the cross, the anchor, ... the heart, symbolizing ... Hope, and Charity (or ... The anchor also serves as ... of the local fishermen.



**▲ Anchor Cross**
This is correctly termed the St. Clement's Cross, since St. Clement was supposedly tied to an anchor and thrown into the sea. It symbolizes the anchor that holds Christians steady through the storms of life.



**▲ Brighid's (Bride's) Cross**
This Irish cross probably predates Christianity in Ireland, as St. Brighid may have evolved from a Celtic goddess. This type of cross is usually woven of straw for Candlemas, and is symbolic of prosperity and protection.



**◄ Baptismal Cross**
This eight-armed cross is made from an X superimposed on to a Greek Cross. It is often used for baptisms because the number eight symbolizes rebirth. It also signifies the eight-day period between Christ's entry into Jerusalem and his resurrection.

*City of Pomona street sign symbol*

*with a Pat top.*

CHRISTIANITY

149

# Christian Black Codes of 1724
## March 1724

**Article 1**
Decrees the expulsion of the Jews from the colony.

**Article 2**
Make it imperative on masters to impart religious instruction to their slaves.

**Article 3**
Permits the exercise of the Roman Catholic creed only, Every other mode of worship is prohibited.

**Article 4**
Negroes placed under the direction or supervision of any other person than a Catholic, are liable to confiscation.

**Article 5**
Sundays and holidays are to be strictly observed.  All negroes found at work on these days are to be confiscated.

**Article 6**
We forbid our white subjects, of both sexes, to marry with the blacks, under penalty of being fined and subjected to some other arbitrary punishment.  We forbid all curates, priests, or missionaries of our secular or regular clergy and even our chaplains in our navy, to sanction such marriages.  We also forbid all our white subjects, and even the manumitted or free-born blacks, to live in a state of concubinage with slaves.  Should there be any issue form this kind of intercourse, it is our will that the person so offending, and the master of the slave should pay each fine of three hundred livres.  Should said issue be the result of concubinage of the master his slave, said master shall not only pay the fine, but be deprived of the slave and of the children, who shall be adjudged to the hospital of the locality , and said slave shall be forever incapable of being set free.  But shall this illicit Intercourse have existed between a free black and his slave, when said slave according to the forms prescribed by the church, said slave shall there by set free and the children shall become free and legitimate; and in such a case there shall be no application of the penalties mentioned in the present article.

**Article 7**
The ceremonies and forms prescribed by the ordinance of Blois and by the edict of 1691, for marriage, shall be observed both with regard to free persons and slaves.  But the consent of the father and mother of the slave is not necessary; that of the master shall be the only on required.

**Article 8**
We forbid all curates to process or to effect marriages between slaves without the proof of the consent of their master; and we also forbid all masters to force their slaves into marriages against their wills.

**Article 9**
Children, issued form the marriage of slaves shall follow the condition of their parents, and shall belong to the master of the wife and not of the husband, if the husband and the wife have different masters.

**Article 10**
If the husband be a slave, and the wife a free woman, it is our wil htat their children, of whatever sex they be, shall share the condtion of their mother, and be as free as she, notwithstanding the servitude of their father; and if the father be free and the mother a slave then the children shall ball be slaves.

**Article 11**
Master shall have their Christian slaves buried in consecrated ground.

**Article 12**
We forbid slaves to carry offensive weapons or heavy sticks under the penalty of being whipped, and of having said weapons confiscated for the benefit of the person seizing he same. An exception is made in favor of those slaves who are hunting or are shooting for their masters, and who carry with them a written permission to that effect, or are being designated by some known mark or badge.

**Article 13**
We forbid slaves belonging to different masters to gather in crowds either by day or by night, under the pretext of a wedding, or for any other cause, either at the dwelling or on the grounds of one of their masters, or elsewhere, and much less on the highways or in secluded places, under the penalty of corporal punishment, which shall not be less than a whip.  In case of frequent offenses of the kind, the offenders shall be branded with the mark of the flower de luce, and should there be aggravating circumstance, capital punishment may be applied, at the discretions of the judges.  We command all of our subjects, be they officials or not, to seize all such offenders, to arrest and conduct them to prison, although there should be not judgement against them.

**Article 14**
Master who shall be convicted of having permitted or tolerated such gathering as aforesaid, composed of other slaves than their own, shall be sentenced individually, to indemnity their neighbors for the damages occasioned by said gatherings, and to pay, for the first time, a fine of thirty livres, and double that sum on the repetitions of the offense.

**Article 15**
We forbid negroes to sell any commodities, provisions, or produce of any kind, without the written permission of their masters, or without wearing their known marks or badges, and any persons purchasing any thing from negroes in violation of this article, shall be sentenced to pay a fine of 1500 livres.

**Article 16, 17, 18, 19**
Provide at length for the clothing of slaves and or their subsistence.

**Article 20**

Slaves who shall not be properly fed, clad, and provided for by their masters, may give information thereof to the attorney-general of the Superior Council, or to all the officers of an inferior jurisdiction, and may put he written exposition of their wrongs into their hands; upon which information , and even ex officio, shall the information come form another quarter; the attorney-general shall prosecute said masters without charging any cost to the complainant.  It is our will that this regulation be observed in all accusations for crimes or barbarous and inhuman treatment brought by slaves against their masters.

**Article 21**

Slave who are disabled from working, either by old age, disease or otherwise, e the disease incurable or not, shall be fed and provided for by their master; and in case they should have been abandoned by said masters, said slave shall be adjudged to the nearest hospital, to which said master shall be obliged to pay eight cents a day for the food, and maintenance of each one of these slaves; and for the payment of this sum, said hospital shall have a lien on the plantation of the masters.

**Article 22**

We declare that slaves have no right of any kind of property but that all that they acquire either by their own industry, or by the ability of others, or by any other means or title what ever shall be the full property but that all that they acquire either by their own industry, or by the ability of others, or by any other means or title what ever shall be the full property of their masters; and the children of said slaves, their fathers, mothers, their kindred or other relation either free or slave shall have no pretensions or claim thereto, either through testamentary nor positions or donations inter vivae; which dispositions and donations we declare null and void, and also whatever promise they may have interred into by persons incapable of disposing of anything and or participating to any contract.

**Article 23**

Masters shall be responsible for what their slaves have done by their command, and also for what transactions they have permitted their slaves to do in their shops, in the particular line of commerce with whom they were entrusted; and in case said slave should have acted without the order or authorization of their masters, said masters shall be responsible only for so much as has turned to their profit; and if said masters have not profited by the dining or transaction of their slaves, the per curium which the masters have permitted the slave to own, shall be subjected to all claims against said slaves, after deduction made by the masters of what may be due to them; and if said per curium should consist in whole or in part of merchandises in which the slaves had permission to traffic, the masters shall only come in for their share in common with the other credits.

**Article 24**

Slave shall be incapable of all public functions, and of being constituted agents for any other person than their own masters, with powers to manage or conduct any kind of trade; nor can they serve as arbitrators or experts; nor shall they be called to give their testimony either in civil or in criminal cases, except when it shall be a matter of necessity, and only in default of white people; but in no case shall they be permitted to serve as witness either for or against their masters.

**Article 25**

Slaves shall never be parties to civil suits, either as plaintiffs or defendants, nor shall they be allowed to appear as complainants in criminal cases, but their master shall have the right to act for them in civil matters, and in criminal ones, to demand punishment and reparation for such outrages and excesses as their slaves may have suffered from.

**Article 26**

Slaves may be prosecuted criminally, without their masters being made parties to the trial, except they should be indicted as accomplices; and said slaves shall be tried, at first, by the judges of ordinary jurisdiction, if there be any, and on appeal, by the Superior Council , with the same rules, formalities, and proceedings observed for free persons, save the exceptions mentioned hereafter.

**Articles 27 to 32 of the Black Codes were not immediately available.**

**Article 33**

Slaves who shall have made themselves liable to the penalty of the whip, the <u>flower de luce brand</u>, and ear cutting, shall be tried in the last resort, by the ordinary judges of the inferior court, and shall undergo the sentence passed upon them without there being an appeal to the Superior Council, in confirmation or reversal of judgment, notwithstanding the article 26th of the present code, which shall be applicable only to those judgements in which the slave convicted is sentenced to be hamstrung or to suffer death.

**Article 34**

Freed or born-free negroes, who shall have afforded refuge in their house to fugitive slaves, shall be sentenced to pay to the masters of said slaves, the sum of thirty livres a day for every day during which they shall have concealed said fugitives; and all other free persons, guilty of the same offense, shall pay a fine of ten livres a day as aforesaid; and should the freed or free-born negroes not be able to pay the fine herein specified, they shall be reduced to the condition of slaves, and be sold as such.  Should the price of the sale exceed the sum mentioned in the judgment, the surplus shall be delivered to the hospital.

**Article 35**

We permit our subjects in this colony, who may have slaves concealed in any place whatever, to have them sought after by such person and in such a way s they deem proper, so to proceed themselves to such research as they may think best.

**Article 36**

The slave who is sentenced to suffer death on the denunciation of his mater, shall, when that master is not an accomplice to the crime, be appraised before his execution by two of the principal inhabitants of the locality, who shall be especially appointed by the judge, and the amount of said appraisement shall be paid to the master.  To raise this sum, and shall be collected by the persons invested with that authority.

**Article 37**

We forbid all the officers of the Superior Council, and all our other officers of the justice in the colony to take any fees or receive any perquisites in criminal suits against slaves, under the penalty, in so doing of, being dealt with as guilty of extortion.

**Article 38**

We also forbid all our subjects in this colony, whatever their condition or rank may be, to apply, on their own private authority, the rack to their slaves, under any pretense whatever, and to mutilate said slaves in any one of their limbs, or in any part of their bodies, under the penalty of confiscation of said slave; and masters, so offending, shall be liable to a criminal prosecution. We only permit, masters, when they shall think that the case requires it, to put their slaves in irons and to have them whipped with rods or ropes.

**Article 39**

We command our officers of justice in this colony to institute criminal process against masters and overseers who shall have killed or mutilated their slaves, when in their power and under their supervision, and to punish said murder according to the atrocity of the circumstances; and incase the offense shall be a pardonable one, we permit them to pardon said master and overseer without it being necessary to obtain from us letter patent of pardon

**Article 40**

Slaves shall be held in law as movables, and as such, they shall be part of the community of acquests between husband and wife; they shall be seized under any mortgage whatever; and they shall be equally divided among the co-heirs without admitting from any one of said heirs any claim founded on preciput or right of primogeniture, or dowry.

**Article 41, 42**

Are entirely relative to judicial forms and proceedings.

**Article 43**

Husbands and wives shall not be seized and sold separately when belonging to the same master, and their children, who under fourteen years of age, shall not be separated from their parents and such seizures and sales shall be null and void.  The present article shall apply to voluntary sales, and in such case sales should take place in violation of the law, the seller shall be deprived of the slave he has illegally retained and said slave shall be adjudged to the purchased without any additional.

**Article 44**

Slaves fourteen years old, and from this age up to sixty, who are settled on lands and plantations, and are at present working on them, shall not be liable to seizure for debt, except for what may be due out of the purchase money agreed to be paid for them unless said grounds or plantations should also be distressed, and seized and judicial sale of a real estate, without including the slaves of the aforesaid age who are part of said estate, shall be deemed null and void.

**Article 45, 46, 47, 48, 49**

Are relative to certain formalities to be observed in judicial proceedings.

**Article 50**

Master, when twenty-five years old, shall have the power to manumit their slaves, either by testamentary dispositions, or by acts inter vivace, but as there may be mercenary masters disposed

to set a price on the liberation of the liberation of their slaves; and whereas slaves with a view to acquire the necessary means to purchase their freedom, may be tempted to commit theft or deeds of plunder, no mitter to set free his slaves, without the obtaining from the Superior Council a decree of permission to that effect; which permission shall be granted without costs when the motive for the setting free of said slaves as specified in the petition of the master, shall, appear legitimate to the tribunal.  All future acts for the emancipation of the slaves freed shall not be entitled to their freedom; they shall be taken away from their former masters, and confiscated for the benefit of the India company.

### Article 51
However, should slaves be appointed by their masters tutors to their children, said slaves shall be held and regarded as being set free to all intent and purposes.

### Article 53
We declare that the acts for the enfranchisement of slaves, passed according to the forms above described, shall be equivalent o an act of naturalization, when said slaves are not born in our colony of Louisiana, and they shall enjoy all the rights and privileges inherent to our subjects born in our kingdoms, or in any land or colony under dominion.  We declare, however, that all manumitted slaves, and all free-born negroes are incapable of receiving donations, either by testamentary dispositions or by acts inter vivos from the whites.  Said donations shall be null and void, and the objects of said donations shall be applied to the benefits of the nearest hospital.

### Article 53
We commend all manumitted slaves to show the profoundest respect to their former masters, to their widows and children, and any injury or insult offered by said manumitted slaves to their former masters, their widows or children, shall be punished with more severity than if it had been offered to any other person.  We, however declared them exempt form the discharge of all duties or services, and from payment of all taxes or frees, or any thing else in relation to their person, or to their personal or real estate, either during the life or after the death of said slave.

### Article 54
We grant manumitted slaves the same rights, privileges, and immunities which are enjoyed by free born persons.  It is our pleasure that their merit in having acquired their freedom, shall produce in their favor not only with regards to their persons, but also to their property, the same effects which our other subjects derive form the happy circumstance of their having been born free.

**In the name of the Kking**

Fazende, Brusie, Perry

*Bienville, De la Graise*
*March, 1724*

# EXHIBIT D



EXHIBIT E



SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

## NOTICE TO REAPPEAR

CASE NAME: Mc Cluskey

CASE NUMBER: 4 PK 00208

You are directed to return to the court at the time and place indicated for the reason checked below.

DATE: 9/5/19   ROOM NUMBER:   TIME: 8:30   ☑ A.M.   ☐ P.M.

DIVISION: E   FINE PAYMENT (if applicable):

☐ Plea          ☐ Trial       ☐ Surrender
☐ Pretrial      ☐ Sentence    ☐ Payment of Fine
☐ Proof of Completion of Community Service
☐ Other:

**FAILURE TO APPEAR AS INDICATED WILL RESULT IN A BENCH WARRANT FOR YOUR ARREST BEING ISSUED.**

CR 227  10-06

David Fujimoto

EXHIBIT F

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, | CASE NO.   4PB00368 |
| Plaintiff, | |
| v. | |
| **TARA MCCLUSKEY  (11/17/1975)** | ***MISDEMEANOR COMPLAINT*** |
| Defendant(s). | ***FOR ARREST WARRANT*** |
| | PURSUANT TO |
| | PENAL CODE SEC. 17(b)4 |

FILED
Superior Court of California
County of Los Angeles

JAN 21 2014

Sherri R. Carter, Executive Officer/Clerk
By _____ Deputy
Jennifer Ramirez

The undersigned is informed and believes that:

COUNT 1

On or about December 5, 2013, in the County of Los Angeles, the crime of GRAND THEFT AUTO, in violation of PENAL CODE SECTION 487(d)(1), a Misdemeanor, was committed by TARA MCCLUSKEY, who did unlawfully take an automobile, 2013 - CHEVY - LIC# 6XRW356.

* * * * *

*[handwritten notes:]* 8/21/14 — COUNT 2  § 10851(a) VC.  Arraignment

3₄ - 5ⁿ
4
4
8 d CT
Red *

*[handwritten:]* 5/28/15  Trial Set  8:30 a
(V) Entered

**NOTICE: Conviction of this offense will require the defendant to provide DNA samples and print impressions pursuant to Penal Code sections 296 and 296.1 if the defendant has suffered a prior felony conviction.  Willful refusal to provide the samples and impressions is a crime.**

**NOTICE:  The People of the State of California intend to present evidence and seek jury findings regarding all applicable circumstances in aggravation, pursuant to Penal Code section 1170(b) and** *Cunningham v. California* **(2007) 549 U.S. 270.**

**NOTICE:  A Suspected Child Abuse Report (SCAR) may have been generated within the meaning of Penal Code §§ 11166 and 11168 involving the charges alleged in this complaint.  Dissemination of a SCAR is limited by Penal Code §§ 11167 and 11167.5 and a court order is required for full disclosure of the contents of a SCAR.**

Further, attached hereto and incorporated herein are official reports and documents of a law enforcement agency which the undersigned believes establish probable cause for the arrest of defendant(s) TARA MCCLUSKEY for the above-listed crimes.  Wherefore, a warrant of arrest is requested for TARA MCCLUSKEY.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER , CONSISTS OF 1 COUNT(S).

Executed at POMONA, County of Los Angeles, on January 17, 2014.

DET. RL McCray

DECLARANT AND COMPLAINANT

EPHRAIM TURNER, DEPUTY

AGENCY:   POMONA PD        I/O:                        ID NO.:              PHONE :
DR NO.:                             OPERATOR:  CT

| DEFENDANT | CII NO. | CITATION NO. | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE |
|---|---|---|---|---|---|
| MCCLUSKEY, TARA | 097171931 | WARRANT | | | |

It appearing to the Court that probable cause exists for the issuance of a warrant of arrest for the above-named defendant(s), the warrant is so ordered.

BAIL: $ 40,000.00

DATE: 1-28-14

Judge of the Above Entitled Court

*MISDEMEANOR COMPLAINT FOR ARREST WARRANT*

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Plaintiff, | CASE NO.   4PA00368 |
| v. | DECLARATION IN SUPPORT OF<br>ARREST WARRANT MADE<br>UNDER 2015.5 CCP |
| **01  TARA MCCLUSKEY** | |
| Defendant(s). | |

The undersigned hereby declares:

That he/she is currently employed as a Peace Officer for the POMONA PD.  That pursuant to his/her employment he/she has been assigned to investigate allegations that the herein above named defendant(s) did commit the offense(s) of GRAND THEFT AUTO, in violation of PENAL CODE 487(D)(1).

That pursuant to this assignment, your declarant has obtained information from those who have knowledge of said offense(s), whose reports are attached here and incorporated by reference.  He has reviewed each of these written reports and statements.  They were prepared by persons known to your declarant to be law enforcement officers (and others).  These reports and statements consist of  pages.  These reports and statements contain information from victim(s), witnesses, and others concerning the commission of the criminal offense(s) for which the Complaint is being sought.  Each of these documents is presently an official record of a law enforcement agency.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at POMONA, County of Los Angeles, on January 17, 2014.

_DET. RLM_
DECLARANT

Rev. 585-06/98 DA Case  34881892

**DECLARATION IN SUPPORT OF ARREST WARRANT MADE UNDE 2015.5CCP**

## SUPERIOR COURT OF THE STATE OF CALIFORNIA
## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Plaintiff,<br><br>v.<br><br>**TARA MCCLUSKEY  (11/17/1975)**<br>Defendant(s). | **CASE NO.**   4PK00368<br><br>*MISDEMEANOR COMPLAINT*<br>*FOR ARREST WARRANT*<br>PURSUANT TO<br>PENAL CODE SEC. 17(b)4 |

The undersigned is informed and believes that:

### COUNT 1

On or about December 5, 2013, in the County of Los Angeles, the crime of GRAND THEFT AUTO, in violation of PENAL CODE SECTION 487(d)(1), a Misdemeanor, was committed by TARA MCCLUSKEY, who did unlawfully take an automobile, 2013 - CHEVY - LIC# 6XRW356.

\* \* \* \* \*

**NOTICE: Conviction of this offense will require the defendant to provide DNA samples and print impressions pursuant to Penal Code sections 296 and 296.1 if the defendant has suffered a prior felony conviction. Willful refusal to provide the samples and impressions is a crime.**

**NOTICE: The People of the State of California intend to present evidence and seek jury findings regarding all applicable circumstances in aggravation, pursuant to Penal Code section 1170(b) and *Cunningham v. California* (2007) 549 U.S. 270.**

**NOTICE: A Suspected Child Abuse Report (SCAR) may have been generated within the meaning of Penal Code §§ 11166 and 11168 involving the charges alleged in this complaint. Dissemination of a SCAR is limited by Penal Code §§ 11167 and 11167.5 and a court order is required for full disclosure of the contents of a SCAR.**

Further, attached hereto and incorporated herein are official reports and documents of a law enforcement agency which the undersigned believes establish probable cause for the arrest of defendant(s) TARA MCCLUSKEY for the above-listed crimes. Wherefore, a warrant of arrest is requested for TARA MCCLUSKEY.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER , CONSISTS OF 1 COUNT(S).

Executed at POMONA, County of Los Angeles, on January 17, 2014.

_____

DECLARANT AND COMPLAINANT

...........................................................................................................................................................................

EPHRAIM TURNER, DEPUTY

| AGENCY: | POMONA PD | I/O: | | ID NO.: | | PHONE : | |
|---------|-----------|------|--|---------|--|---------|--|
| DR NO.: | | OPERATOR: | CT | | | | |

| DEFENDANT | | CII NO. | CITATION NO. | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE |
|-----------|--|---------|--------------|-------------|--------------|-------------------|
| MCCLUSKEY, TARA | | 097171931 | WARRANT | | | |

*MISDEMEANOR COMPLAINT FOR ARREST WARRANT*

It appearing to the Court that probable cause exists for the issuance of a warrant of arrest for the above-named defendant(s), the warrant is so ordered.

BAIL:  $ _____

DATE:  _____

_____
Judge of the Above Entitled Court

*MISDEMEANOR  COMPLAINT  FOR  ARREST  WARRANT*

EXHIBIT G

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF LOS ANGELES**

Reserved for Clerk's File Stamp

**FILED**
Superior Court of California
County of Los Angeles

**AUG 21 2014**

Sherri R. Carter, Executive Officer/Clerk
By _Robin A. Barnhart_ Deputy
Robin A. Barnhart

PLAINTIFF:

PEOPLE OF THE STATE OF CALIFORNIA

DEFENDANT: _In Protest_   _UCC 1-308 without Prejudice_

**ADVISEMENT AND WAIVER OF RIGHT TO COUNSEL**
**(*Faretta* Waiver)**

CASE NUMBER: 4PK00368    DEPT: E

Fill out this form if you wish to act as your own attorney (*in propria persona* or "pro per"). *(handwritten: TM)* Initial the box for each item only if you understand and agree with it, and sign and date the form at the end where it says "DEFENDANT'S SIGNATURE." If you have any questions about anything on this form, ask your attorney, if you have one, or the judge. The judge may ask you questions about your decision to give up your right to be represented by a professional attorney.

**CONSTITUTIONAL RIGHTS**   *I am not acting as an attorney*

**Initials**

1. I am the defendant in the above-entitled case. I can read and write. I understand that my constitutional rights include the following:

   A. **Right to an Attorney** — I understand that I have an absolute right to be represented by an attorney at all stages of the proceedings and, if I do not have the money to pay for an attorney, that one will be appointed for me by the Court at no cost.

   B. **Right to a Speedy and Public Jury Trial** — I understand that I have a right to a speedy and public trial by a jury of twelve citizens drawn from the community.

   C. **Right to Subpoena Witnesses and Records** — I understand that I have the right to the reasonable use of the subpoena power of the Court, at no cost to me, to subpoena any witnesses or any documents that I may need in my defense.

   D. **Right to Confront And Cross-Examine Witnesses** — I understand that I have the right to confront in open court all witnesses who will be called to testify against me, and that I have the right to cross-examine those witnesses at the time of trial.

   E. **Right Against Self-Incrimination** — I understand that I cannot be compelled to testify at the trial, but that I have the right to testify at my trial if I wish to do so.

   F. **Right to be Released on Bail** — I understand that I have the right to be released from jail pending trial on reasonable bail.

   G. **Right to Self-Representation** — I understand that I have a right to act as my own attorney and may waive my right to the assistance of a professional attorney. I further understand that if I choose to act as my own attorney, I will have to conduct my own defense WITHOUT THE ASSISTANCE OF A PROFESSIONAL ATTORNEY.

*(handwritten along right margin: No Initials)*

**PERSONAL INFORMATION**   *I do not waive any of my rights. I reserve all rights*

2. In support of my request to act as my own attorney, I offer the Court the following personal information:

   A. Age: _____   *I am not representing myself.*

   B. The highest educational level I have reached is : _____

   C. Legal education I have received: _____

   *(handwritten: no contract)*   *(handwritten: UCC 1-308 without prejudice)*   *(handwritten: I am present representing the natural live me. I am not the entity)*

CRIM185  7/1/11
(Replaces CR 220)

Page 1 of 4

D. I have previously acted as my own attorney in the following criminal matters: ☐ Never.

| Case | Court | Year | Result |
|------|-------|------|--------|
| Case | Court | Year | Result |
| Case | Court | Year | Result |

## DANGERS AND DISADVANTAGES OF SELF-REPRESENTATION

Initials

3. I understand that there are many dangers and disadvantages in not having a professional attorney represent me. I understand that among those dangers and disadvantages are the following:

A. I understand that if I act as my own attorney, it will be necessary for me, WITHOUT THE ASSISTANCE OF A PROFESSIONAL ATTORNEY, to follow all of the requirements of the criminal law, criminal procedure, law of evidence, and rules of court.

B. I understand that the case against me will be handled by a prosecutor who is an experienced trial attorney, and that I will not be entitled to special consideration or assistance by the prosecutor prior to or during the course of the trial.

C. I understand that if I act as my own attorney, it will be necessary for me WITHOUT THE ASSISTANCE OF A PROFESSIONAL ATTORNEY, to conduct my own trial, consisting of, but not limited to: making pretrial motions, selecting a jury, making an opening statement, cross-examining the witnesses for the prosecution, subpoenaing and presenting my own witnesses, making appropriate objections and motions during the course of the trial, preparing and presenting proposed jury instructions to the Court, making the final argument, and, in the event of a conviction, making appropriate motions after trial and representing myself at the time of any probation or sentencing hearing.

D. I understand that I will not and cannot expect to receive any special consideration or assistance from the Court. I further understand that the Court is not permitted to and will not answer any questions I may have concerning how I should proceed, what law might apply or the correct procedure.

E. I understand that if I ask for any additional money over the initial amount granted by the Court, I must use that money only for my defense and I will be required to keep and show the Court receipts for anything I have purchased with the money granted to me.

F. I understand that if I am in jail, it will be more difficult for me to contact witnesses and investigate my case. I understand that I will have limited access to a telephone, which will make preparations for trial more difficult, and that I will be provided no more access to the law library than any other inmate who acts as his own attorney, and that access is limited. I understand that I must be familiar with Los Angeles Superior Court Rule 8.42, which explains the rules that defendants who act as their own attorney at the Los Angeles County Jail must follow.

G. I understand that no continuance of the trial will be allowed without a showing of good cause, and that such requests made just before trial will most likely be denied.

H. I understand that depending on the stage of my case, if I change my mind and request an attorney to handle my case, the Court may deny this request and that I may have to proceed with the trial without an attorney.

I. I understand that in conducting the trial, I will be limited in my movements in the courtroom. All documents, for example, will be handed to witnesses when necessary through the bailiff. I will be required to remain in my seat at counsel table and will not have free movement in the courtroom.

J. I understand that I must not act disrespectfully in court. I understand that the Judge may terminate my right to act as my own attorney in the event that I engage in serious misconduct or obstruct the conduct and progress of the trial. I understand that if my right to act as my own attorney is terminated, I may have to be represented by an attorney, appointed by the Judge, who will then take over the case at whatever stage the case may be in.

CRIM185 7/1/11
(Replaces CR 220)

Page 2 of 4

*I am not waiving my rights No Contract*
*UCC™ UCC 1-308 without prejudice*

*[handwritten: I am not acting as an attorney]*

*[handwritten: I do not waive my rights]*

**Initials**

K.  I understand that if at some point an appointed attorney does take over my case, that attorney may be at a disadvantage and that such a disadvantage will not be considered an issue on appeal.

L.  I understand that misconduct occurring outside of court may also result in restriction or termination of my right to act as my own attorney. I also understand that acting as my own attorney will not shield me from disciplinary actions within the jail, and that I will be subject to the same disciplinary measures as all other inmates for misconduct occurring in the jail.

M.  I understand that any defendant who is represented by an attorney prior to being convicted may complain as part of a timely appeal that the attorney's assistance was ineffective. I understand that by acting as my own attorney, I am giving up any right to claim on appeal that I had ineffective assistance of counsel.

**CHARGES AND CONSEQUENCES**

*[handwritten vertical: No intent]*

4.  I understand that I am giving up having a professional attorney explain to me what crimes I am charged with, and any possible legal defenses I may have to those crimes.

5.  I understand that I am giving up having a professional attorney explain to me how and which charges and enhancements require proof of general criminal intent, which charges require proof of a specific intent or mental state, and what state of mind may apply to any defenses I have.

6.  I understand that I am giving up having a professional attorney determine what facts must be proved before I can be found guilty and that if I do not know what those facts are, I will have to learn about those facts on my own.

7.  I understand that I am giving up having a professional attorney determine, if I am convicted, what post-trial motions and sentencing options I may have, and to present those motions and options to the Court.

**COURT'S ADVICE AND RECOMMENDATION**

8.  I understand that it is the advice and recommendation of this Court that I do not act as my own attorney and that I accept a court-appointed attorney. I understand that if I accept a court-appointed attorney, a trial attorney will be assigned to defend me. I understand that the attorney would be able to investigate my case, file pretrial motions, conduct the trial, and generally advise me on what to do.

9.  I understand that this written request to act as my own attorney will be filed with and become part of the court case file. I further understand that on any appeal that may be taken from a conviction, or upon the filing of a petition for an extraordinary writ, this request will be forwarded to any court of appeal and will be considered by that court in determining whether I knowingly and intelligently waived my right to an attorney.

10.  I understand all that I have read and understood all that the Court has told me. Having in mind all that I have been advised and all of the dangers and disadvantages of acting as my own attorney, it is still my request that I act as my own attorney.

I hereby certify that I have read, understood and considered all of the above warnings included in this petition, and I still want to act as my own attorney. I freely and voluntarily give up my right to have a professional attorney represent me.

Signed: *[handwritten: UCC 1-308 without prejudice]*          Dated: _____
                    DEFENDANT'S SIGNATURE

*[handwritten: I am not re presenting myself]*          *[handwritten: No Contract]*

*[handwritten: I am not a criminal  Everything]*

## INTERPRETER'S STATEMENT (If applicable)

I, having been duly sworn or having a written oath on file, certify that I truly translated this Advisement and Waiver of Right to Counsel (*Faretta* waiver) form to the defendant in the language indicated below. The defendant stated that he or she understood the contents on the form, and then initialed and signed the form.

Language: ☐ Spanish ☐ Other (specify) _____

Signed:_____ Dated:_____
      COURT INTERPRETER

UCC 1-308 without Prejudice
      TYPE OR PRINT NAME

UCC

Any time my name is spelled by me
The correct spelling is

Tara McCluskey
any other form of my
Name I did not
authorize

NO Contract

1-308

without Prejudice

I do not waive any of my rights

I am not representing myself

CRIM185  7/1/11
(Replaces CR 220)                Page 4 of 4

EXHIBIT H